UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER DENYING MOTION |
| | ) | FOR RECONSIDERATION |
| V. | ) | |
| | ) | CASE NO. 2:06-cr-80 |
| KYLE CHRISTOPHER WHITE | ) | |

Kyle White filed a motion, seeking reconsideration of an earlier order for detention pending trial. The Court held a hearing on that motion on September 19, 2006. Based on the evidence presented at the hearing, and on all the information of record, **THE MOTION FOR RECONSIDERATION IS DENIED.**

Dated this 5th day of October, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge