IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-cr-80 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATIONS MODIFYING** |
| Kyle Christopher White, | ) | **CONDITIONS OF SUPERVISED** |
| | ) | **RELEASE** |
| Defendant. | ) | |

Following a referral from the undersigned judge, Defendant appeared before the Magistrate Judge for a hearing on alleged violations of supervised release conditions. At the hearing, Defendant admitted to the violations contained in the petition. The Court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Defendant's conditions of supervised release be modified (Doc. #81). The United States filed a written response stating it had no objections to the Report and Recommendation (Doc. #82), and defense counsel ha indicated he has no objections either.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Defendant's supervised release conditions are continued, with the following additional conditions:

(1) Defendant shall be placed at Heart of America Correctional & Treatment Center (f/k/a North Central Correctional & Rehabilitation Center) until completion of drug and alcohol treatment;

(2) Defendant shall reside at Southwest Multi-County Correctional Center as a residential re-entry placement for six months following the Heart of America placement, for the purpose of developing of a suitable release plan;

(3) Defendant shall participate in psychological and psychiatric assessment and counseling as directed;

(4) Defendant shall take all medications prescribed by a physician or psychiatrist;

(5) Defendant shall notify his supervising probation officer of all medical appointments and prescriptions, with verification of appointments and prescriptions by the supervising officer; and

(6) Defendant shall arrange for his children's well-being by an appropriate social services agency in the event he has custody of his children while in the community.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2009.

/s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court