IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:06-cr-80 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION REVOKING** |
| Kyle Christopher White, | ) | **DEFENDANT'S SUPERVISED** |
| | ) | **RELEASE** |
| Defendant. | ) | |

     Defendant Kyle White appeared before the magistrate judge for a hearing on alleged violations of supervised release conditions. At the hearing, White admitted to the violations contained in the petition. The Court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that White's conditions of supervised release be revoked and he serve a term of custody of six months, with no additional term of supervised release afterwards (Doc. #133). Neither the United States nor Defendant objects to the magistrate judge's recommendations (Docs. #134, 135).

     The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's analysis and recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, the Court finds that White violated conditions of supervised release. Consequently, White's supervised release is revoked and he is **ORDERED** to serve a term of imprisonment of six (6) months with credit for time served in federal custody on the petition. No further term of supervised release will be imposed upon release from custody.

**IT IS SO ORDERED.**

Dated this 22nd day of March, 2010.

                                                                            */s/   Ralph R. Erickson*
                                                                            Ralph R. Erickson, Chief Judge
                                                                            United States District Court